IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:18cr243-MHT** |
| | ) | (WO) |
| **JOSE OCAMPO-GONZALEZ,** | ) | |
| **KRISTOPHER KASHIF BAKER,** | ) | |
| **ROBERT REYNOLDS, JR.,** | ) | |
| **HOWARD JAMES SMITH, and** | ) | |
| **WILLIAM DECORY MAURICE** | ) | |
| **EASTERLY** | ) | |

**ORDER**

Based on the representations made on the record on July 17, 2018, is ORDERED that the jury selection and trial shall remain as scheduled for October 1, 2018, at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 18th day of July, 2018.

                              /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**