IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr243-MHT |
| | ) | (WO) |
| JOSE OCAMPO-GONZALEZ, | ) | |
| KRISTOPHER KASHIF BAKER, | ) | |
| ROBERT REYNOLDS, JR., | ) | |
| HOWARD JAMES SMITH, and | ) | |
| WILLIAM DECORY MAURICE | ) | |
| EASTERLY | ) | |

ORDER

It appears that the docket sheet and all filings so far spell one of defendant William Easterly's middle names as "Decory," while the indictment spells the name as "Dcory." Accordingly, it is ORDERED that, by October 16, 2018, the government is to file a statement as to whether the correct spelling of one of defendant William Easterly's middle names is "Decory" or "Dcory" and, if spelling of the name in the indictment is incorrect, to take appropriate action to correct the error.

DONE, this the 9th day of October, 2018.

                                        /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE