IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr243-MHT |
| | ) | (WO) |
| JOSE OCAMPO-GONZALEZ, | ) | |
| KRISTOPHER KASHIF BAKER, | ) | |
| ROBERT REYNOLDS, JR., | ) | |
| HOWARD JAMES SMITH, and | ) | |
| WILLIAM DECORY MAURICE | ) | |
| EASTERLY | ) | |

ORDER

It is ORDERED that all defendants show cause, if any there be, in writing by October 16, 2018, as to why the government's motion to correct (doc. no. 139) should not be granted.

DONE, this the 10th day of October, 2018.

                /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE